MCGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR MENDOZA AND HENRY MENDOZA,<br><br>Defendants. | Case No. 1:19-cr-00225-NONE-SKO<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>Date: June 15, 2020<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, STEPHANIE M. STOKMAN, Assistant United States Attorney, counsel for plaintiff, HARRY DRANDELL, counsel for defendant Henry Mendoza, and KEVIN ROONEY, counsel for defendant Hector Mendoza, that the status conference scheduled for March 16, 2020 may be continued to June 15, 2020, at 1:00 p.m.

The parties require additional time to exchange and review supplemental discovery and engage in plea negotiations.

The parties agree that time should be excluded through June 15, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties

| | | | |
|---|---|---|---|
| 1 | to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue | | |
| 2 | its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and | | |
| 3 | (iv). | | |

                                                          Respectfully submitted,

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

DATED: March 16, 2020        By:     */s/ Stephanie M. Stokman*
                                                          Stephanie M. Stokman
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                                          HARRY DRANDELL

DATED: March 16, 2020        By:     */s/ Harry Drandell*
                                                          Harry Drandell
                                                          Attorney for Defendant
                                                          Henry Mendoza

                                                          KEVIN ROONEY

DATED: March 16, 2020        By:     */s/ Kevin Rooney*
                                                          Kevin Rooney
                                                          Attorney for Defendant
                                                          Hector Mendoza

# ORDER

IT IS ORDERED that the status hearing is continued from March 16, 2020, at 1:00 PM until June 15, 2020, at 1:00 PM.

IT IS FURTHER ORDERED THAT the period of time from March 16, 2020, through June 15, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv), because it results from a continuance on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**March 16, 2020**__    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE