MCGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR MENDOZA AND HENRY MENDOZA,<br><br>Defendants. | Case No. 1:19-cr-00225-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: July 20, 2020<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, STEPHANIE M. STOKMAN, Assistant United States Attorney, counsel for plaintiff, HARRY DRANDELL, counsel for defendant Henry Mendoza, and KEVIN ROONEY, counsel for defendant Hector Mendoza, that the status conference scheduled for June 15, 2020 may be continued to July 20, 2020, at 1:00 p.m.

The parties require additional time to exchange and review supplemental discovery and engage in plea negotiations.

The parties agree that time should be excluded through July 20, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties

to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 6, 2020     By:    /s/ Stephanie M. Stokman
                                Stephanie M. Stokman
                                Assistant United States Attorney
                                Attorney for Plaintiff

HARRY DRANDELL

DATED: April 6, 2020     By:    /s/ Harry Drandell
                                Harry Drandell
                                Attorney for Defendant
                                Henry Mendoza

KEVIN ROONEY

DATED: April 6, 2020     By:    /s/ Kevin Rooney
                                Kevin Rooney
                                Attorney for Defendant
                                Hector Mendoza

**ORDER**

IT IS ORDERED that the status hearing is continued from June 15, 2020, at 1:00 PM until July 20, 2020, at 1:00 PM.

IT IS FURTHER ORDERED THAT the period of time from June 15, 2020, through July 20, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv), because it results from a continuance on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **April 6, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE